Re: CASE N= 19-12863

③

To Whom it may Concern at the Court:

This is my response to the court's motion to strike my claim in this case. I did not provide a Rule 12 motion, as instructed, erroneously. This should not invalidate my claim. I did provide everything else requested and controller / U.S. attorney Michael El-Fein was able to verify my exact holdings.

There is no question that these are my funds, in their exact denomination. Please return them to me, they rightfully belong to me. I hope you will do the right thing and overlook my mistake.

— Best Regards,

Rafael Bujaldon

FILED
APR 25 2023
CLERK'S OFFICE
DETROIT

RAFAEL BAGDADIAN
8536 Oso Ave
Winnetka CA 91306

United States District Court
Eastern District of Michigan - Southern Division
231 W Lafayette Blvd, Room 599 (Clerk)
Detroit, MI 48226

Re: CASE # 19-12863 - District Judge Gershwin A. Drain

